# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:18-00068 JMS-RLP |
| CASE NAME: | UNITED STATES OF AMERICA v.<br>(01) Katherine P. Kealoha<br>(02) Louis M. Kealoha |
| ATTYS FOR PLA: | Michael Wheat |
| ATTYS FOR DEFT: | (01) Cynthia Kagiwada<br>(02) Rustam Barbee |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Cynthia Fazio |
| DATE: | 08/09/2018 | TIME: | 11:00am-11:40am |

COURT ACTION:  EP: Status Conference as to Defendants (01) Katherine P. Kealoha and (02) Louis M. Kealoha held.

Defendants (01) Katherine P. Kealoha and (02) Louis M. Kealoha's presence are waived.

Discussion held regarding juror questionnaires, jury selection, and trial days.

Final Pretrial Conference now SET for 9/11/2018 at 10:00 AM is CONTINUED to 1:30 PM on the SAME DAY.  That conference will also include further discussion re juror questionnaires.  The jury consultant must attend the conference.

Parties to meet and confer regarding juror questionnaire, and submit agreed-upon questions and other proposed questions by 9/4/2018.

Submitted by Shelli Mizukami, Courtroom Manager