# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:18-CR-00068-JMS-RLP |
| CASE NAME: | USA v. (01)Katherine P. Kealoha<br>(02)Louis M. Kealoha |
| ATTYS FOR PLA: | Michael Wheat |
| ATTYS FOR DEFT: | Cynthia A. Kagiwada(by phone)<br>Rustam Barbee |

| | | | |
|---|---|---|---|
| JUDGE: | Richard L. Puglisi | REPORTER: | Courtroom 5-FTR |
| DATE: | 8/15/2018 | TIME: | 9:45am-10:25am |

COURT ACTION: EP: Discovery Status Conference.

Defendant (01)Katherine P. Kealoha's presence is waived.

Defendant (02)Louis M. Kealoha's presence is waived.

Ms. Kagiwada by phone.

Discovery issues discussed.

Submitted by: Theresa Lam and Renee L.F. Honda, Courtroom Managers