# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 18-00068JMS-RLP |
| CASE NAME: | UNITED STATES OF AMERICA v.<br>(01) KATHERINE P. KEALOHA<br>(02) LOUIS M. KEALOHA |
| ATTYS FOR PLA: | Eric J. Beste, AUSA<br>Michael Wheat, AUSA<br><br>Jonathan W.Y. Lai, Esq.(Hawaii Central Federal Credit Union) |
| ATTYS FOR DEFT: | (01) Cynthia A. Kagiwada, Esq.<br>(02) Rustam Barbee, Esq.<br><br>Kevin P.H. Sumida, Esq. |

| | | | |
|---|---|---|---|
| JUDGE: | Richard L. Puglisi | REPORTER: | FTR C5 |
| DATE: | September 14, 2018 | TIME: | 10:16 a.m. - 10:59 a.m. |

COURT ACTION:  EP:   UNITED STATES OF AMERICA'S MOTION FOR INTERLOCUTORY SALE OF REAL PROPERTY SUBJECT TO CRIMINAL FORFEITURE

Defendant (01) KATHERINE P. KEALOHA is present, not in custody.
Defendant (02) LOUIS M. KEALOHA is present, not in custody.

Discussion held.

Counsel to submit names of proposed realtors.

The Government to provide a proposed order to the Court by September 19, 2018.

UNITED STATES OF AMERICA'S MOTION FOR INTERLOCUTORY SALE OF REAL PROPERTY SUBJECT TO CRIMINAL FORFEITURE (Doc. 13) is GRANTED.

Submitted by: Mary Feria, Courtroom Manager