# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:18-00068 JMS-RLP |
| CASE NAME: | UNITED STATES OF AMERICA v.<br>(01) Katherine P. Kealoha<br>(02) Louis M. Kealoha |
| ATTYS FOR PLA: | Michael Wheat<br>Eric Beste |
| ATTYS FOR DEFT: | (01) Cynthia Kagiwada<br>(02) Rustam Barbee |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Cynthia Fazio |
| DATE: | 09/14/2018 | TIME: | 11:10am-12:00pm |

COURT ACTION: EP: Final Pretrial Conference as to Defendants (01) Katherine P. Kealoha and (02) Louis M. Kealoha held.

Defendants (01) Katherine P. Kealoha and (02) Louis M. Kealoha are present, not in custody.

David Weinberg, Jury Consultant, is also present.

Discussion held.

Agreed upon statement to be read to the jury is due by 10/18/2018.

11:35am-11:40am Sealed discussion held at sidebar.

11:40am-12:00pm Sealed hearing conducted.

Further Final Pretrial Conference is SET for 10/25/2018 at 1:30 p.m. before Chief Judge J. Michael Seabright.

Defendants (01) Katherine P. Kealoha and (02) Louis M. Kealoha are to remain on the previously imposed conditions of release pending trial.

Submitted by Shelli Mizukami, Courtroom Manager