IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KATHERINE P. KEALOHA,<br>  *aka Katherine E. Kealoha* (1),<br>LOUIS M. KEALOHA (2),<br><br>Defendants. | CR NO. 18-00068-JMS |

**DEFENDANT KATHERINE P. KEALOHA'S
MOTION TO CONTINUE TRIAL
EXHIBIT "A"
[TO BE FILED SEPARATELY UNDER SEAL]**

Cynthia Kagiwada #7969
P.O. Box 368
Kaneohe, HI  96744
(808) 230-4430
e-mail:  c_kagiwada@hotmail.com
