CYNTHIA KAGIWADA, HSBA # 7969
ATTORNEY AT LAW
P.O. Box 368
Kaneohe, Hawaii 96744
Telephone: (808) 230-4430
E-mail: c_kagiwada@hotmail.com

Attorney for Defendant
KATHERINE P. KEALOHA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>KATHERINE P. KEALOHA,<br> *aka Katherine E. Kealoha* (1)*,*<br>LOUIS M. KEALOHA (2),<br><br>    Defendants. | CR NO. 18-00068-JMS<br><br>ORDER GRANTING DEFENDANT KATHERINE P. KEALOHA'S MOTION TO FILE DECLARATION OF COUNSEL AND EXHIBITS "A"-"D" UNDER SEAL, IN SUPPORT OF DEFENDANT' S MOTION TO CONTINUE TRIAL; CERTIFICATE OF SERVICE |

**ORDER GRANTING DEFENDANT KATHERINE P. KEALOHA'S
MOTION TO FILE DECLARATION OF COUNSEL AND
EXHIBITS "A"-"D" UNDER SEAL, IN SUPPORT OF
<u>DEFENDANT'S MOTION TO CONTINUE TRIAL</u>**

The Court, having considered Defendant's motion for an order sealing the

Declaration of Counsel and Exhibits "A"-"D" in support of her "Motion to

Continue Trial," and finding good cause in support thereof, HEREBY ORDERS

THAT:

The motion to seal the Declaration of Counsel and Exhibits "A"-"D" is granted.

IT IS FURTHER ORDERED that the Clerk of the District Court for the District of Hawaii shall file the Declaration of Counsel and Exhibits "A"-"D" under seal.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, OCTOBER 11, 2018.

/s/ Richard L. Puglisi
Richard L. Puglisi
United States Magistrate Judge