FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 16 2018

at 11 o'clock and 25 min. A M.
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

## Request for Media Blogging

The undersigned requests that the court allow blogging during the proceeding(s) described below. Requests must be emailed to the presiding judge's email address for orders. For matters calendared at least 28 days in advance, requests must be received by the court 14 days prior to the start of the proceeding. For matters calendared less than 28 days in advance, requests must be made as soon as practicable.

Case Name: **USA v. Katherine Kealoha**    Case No. **1:18-cr-00068-JMS-RLP**

Presiding District or Magistrate Judge: **Puglisi**

Media Outlet: **Honolulu Civil Beat**

Representative(s): **Terri Langford**

Email Address To Send Completed Request Form: **tlangford@civilbeat.org**

☐ Permission being sought for the following hearing(s):

| Date | Time | Hearing Type |
|---|---|---|
| 10/23/2018 | 2:00 PM | Motion to Continue Trial |
|  |  |  |
|  |  |  |
|  |  |  |

DATED: **Oct. 15, 2018**    SIGNATURE: _[signature]_

PRINTED NAME: **Terri Langford**

---

IT IS SO ORDERED.

☑ APPROVED    ☐ APPROVED AS MODIFIED    ☐ DENIED

DATED: **OCT 16 2018**    _[signature]_