Case 1:18-cr-00068-JMS-RLP   Document 101   Filed 10/18/18   Page 1 of 1     PageID #: 1001

# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 18-00068JMS-RLP |
| CASE NAME: | UNITED STATES OF AMERICA v. (01) KATHERINE P. KEALOHA and (02) LOUIS M. KEALOHA |
| ATTYS FOR PLA: | Eric J. Beste, Esq.<br>Janaki S. Gandhi, Esq.<br>Colin M. McDonald, Esq.<br>Michael Wheat, Esq. |
| ATTYS FOR DEFT: | (01) Cynthia A. Kagiwada, Esq.<br>(02) Rustam Barbee, Esq. |

| | |
|---|---|
| JUDGE: | Richard L. Puglisi |
| DATE: | October 18, 2018 |

COURT ACTION: EO:

The Court DENIES Defense counsel's request to continue the October 18, 2018 deadline regarding the agreed upon statement to be read to the jury set forth in the Court's September 14, 2018 minute order.

IT IS SO ORDERED.

Submitted by: Mary Feria, Courtroom Manager