AFFIDAVIT OF PUBLICATION

IN THE MATTER OF
CRIM NO. 18-00068 JMS-RLP

**FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII**
FEB 27 2019
at 11 o'clock and 00 min. A M
SUE BEITIA, CLERK LS

ORIGINAL

STATE OF HAWAII } SS.
City and County of Honolulu }

Doc. Date: FEB 25 2019   # Pages: 1
Notary Name: Patricia K. Reese   First Judicial Circuit
Doc. Description: Affidavit of Publication

Notary Signature: [signed] Patricia K. Reese   Date: FEB 25 2019

(Seal: PATRICIA K. REESE, NOTARY PUBLIC, No. 86-467, STATE OF HAWAII)

Gwyn Pang being duly sworn, deposes and says that she is a clerk, duly authorized to execute this affidavit of Oahu Publications, Inc. publisher of The Honolulu Star-Advertiser, MidWeek, The Garden Island, West Hawaii Today, and Hawaii Tribune-Herald, that said newspapers are newspapers of general circulation in the State of Hawaii, and that the attached notice is true notice as was published in the

| Publication | Times | On |
|---|---|---|
| Honolulu Star-Advertiser | 1 | 02/24/2019 |
| MidWeek | 0 | |
| The Garden Island | 0 | |
| Hawaii Tribune-Herald | 0 | |
| West Hawaii Today | 0 | |
| Other Publications: | 0 | |

And that affiant is not a party to or in any way interested in the above entitled matter.

[signed] Gwyn Pang
Gwyn Pang

Subscribed to and sworn before me this 25 day of February A.D. 2019

[signed] Patricia K. Reese
Patricia K. Reese, Notary Public of the First Judicial Circuit, State of Hawaii
My commission expires: Oct 07, 2022

Ad # 0001176120   SP.NO.: _____ L.N.

---

**NOTICE OF MOTION FOR CONFIRMATION OF INTERLOCUTORY SALE OF REAL PROPERTY**
CRIM NO. 18-00068 JMS-RLP
United States of America vs Katherine P. Kealoha, et al.
7014 Niumalu Loop, Honolulu, Hawaii 96825
TMK: 1-3-9-065-046-0000

COURT HEARING
DATE: March 13, 2019 at 9:00 a.m. at the U.S. District Court for the District of Hawaii before Chief Judge J. Michael Seabright
300 Ala Moana Blvd C-435
Honolulu, Hawaii 96850
TERMS OF ACCEPTED OFFER:
Price: $1,305,000.00
Terms: Cash, no contingencies

Sale to be confirmed at the Court Hearing. Any bona fide offer that guarantees at least a ten percent increase over the price offered must be made pursuant to the same terms and conditions as ordered by the Court. All bona fide offers may be presented prior to or at the court confirmation hearing, along with proof of cash funds. Any Buyer to submit an overbid will provide cash or cashier's check of at least 10% of the total bid at the time the overbid is made. Offers may be presented to Heidi Ho (RA, RS-56577), 808-284-5777, 4211 Waialae Avenue, #106, Honolulu Hawaii 96816.
(SA1176120  2/24/19)