mded 09/2015

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 1 8 2019

at 10 o'clock and 00 min A M
SUE BEITIA, CLERK
LS

### Request for Media Blogging

The undersigned requests that the court allow blogging during the proceeding(s) described below. Requests must be emailed to the presiding judge's email address for orders. For matters calendared at least 28 days in advance, requests must be received by the court 14 days prior to the start of the proceeding. For matters calendared less than 28 days in advance, requests must be made as soon as practicable.

Case Name: USA v. Kealoha   Case No. 18-00068

Presiding District or Magistrate Judge: J. Michael Seabright

Media Outlet: The Associated Press

Representative(s): Jennifer Kelleher, Audrey McAvoy, Caleb Jones

Email Address To Send Completed Request Form: jkelleher@ap.org

☐ Permission being sought for the following hearing(s):

| Date | Time | Hearing Type |
|---|---|---|
| various | various | all on-the-record proceedings in open court. |
| | | |
| | | |
| | | |
| | | |

DATED: 3/13/19   SIGNATURE: [signature]

PRINTED NAME: Jennifer Kelleher

---

IT IS SO ORDERED.

☑ APPROVED   ☐ APPROVED AS MODIFIED   ☐ DENIED

DATED: 3/17/19   [signature] J Mike