UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 09 2019

at 9 o'clock and 35 min. A M
SUE BEITIA, CLERK  LS

**Request for Media Blogging**

The undersigned requests that the court allow blogging during the proceeding(s) described below. Requests must be emailed to the presiding judge's email address for orders. For matters calendared at least 28 days in advance, requests must be received by the court 14 days prior to the start of the proceeding. For matters calendared less than 28 days in advance, requests must be made as soon as practicable.

Case Name: USA v. Kealoha et al    Case No. 18-00068

Presiding District or Magistrate Judge: Seabright

Media Outlet: The Associated Press

Representative(s): Jennifer Kelleher, Audrey McAvoy, Caleb Jones

Email Address To Send Completed Request Form: jkelleher@ap.org

☒ Permission being sought for the following hearing(s):

| Date | Time | Hearing Type |
|---|---|---|
| July 11, 2019-various | 2:15; various | motion to withdraw as attorney |
| | | all future on-the-record |
| | | proceedings in open court. |

DATED: July 3, 2019    SIGNATURE: /s/

PRINTED NAME: Jennifer Kelleher

IT IS SO ORDERED.

☒ APPROVED    ☐ APPROVED AS MODIFIED    ☐ DENIED

DATED: 7/9/19