**U.S. Department of Justice**

**WILLIAM P. BARR**
*Attorney General*

**ROBERT S. BREWER, JR.**
*United States Attorney*

| | |
|---|---|
| *Michael G. Wheat* | *Joseph Orabona* |
| *(619) 546-8437* | *(619) 546-7951* |
| *Janaki S. Gandhi* | *Colin M. McDonald* |
| *(619) 546-8817* | *(619) 546-9144* |

*Special Attorneys to the Attorney General*

San Diego County Office
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893

LETTER

August 12, 2020

*Via U.S. Mail and Email*

Honorable J. Michael Seabright
United States District Court
District of Hawaii
300 Ala Moana Blvd C-338
Honolulu, HI 96850

Re:  *United States v. KEALOHA et al* (1, 2, 3, & 4), Case No. CR 17-0582-JMS
     *United States v. KEALOHA et al* (1 & 2), Case No. CR 18-0068-JMS
     *United States v. PUANA et al* (2), Case No. CR 19-0015-JMS

Dear Judge Seabright:

During a hearing on August 6, 2020, the Court requested that the parties meet and confer regarding proposed sentencing dates in the above referenced cases. On Tuesday, August 11, 2020, the parties communicated by email and phone, and after conferring with your courtroom manager and considering the Court's prior sentencing order, agreed they could be available and prepared for sentencing as follows:

Letter to the Court
CR 17-0582-JMS, CR 18-0068-JMS,
and CR 19-0015-JMS
August 13, 2020
*Page 2 of 2*

| | |
|---|---|
| <u>Katherine P. Kealoha</u>: | Tuesday, November 3, 2020, in the morning; |
| <u>Louis M. Kealoha</u>: | Tuesday, November 3, 2020, in the afternoon; |
| <u>Derek W. Hahn</u>: | Wednesday, November 4, 2020, in the morning; |
| <u>Minh Hung Nguyen</u>: | Wednesday, November 4, 2020, in the afternoon. |

Very truly yours,

WILLIAM P. BARR
Attorney General

ROBERT S. BREWER, JR.
United States Attorney

*Michael G. Wheat*
MICHAEL G. WHEAT
JOSEPH J.M. ORABONA
JANAKI S. GANDHI
COLIN M. MCDONALD
Special Attorneys

cc:  Gary G. Singh, Esquire (gary@garysinghlaw.com)
Rustam A. Barbee, Esquire (rustam@honoluluattorney.com)
Birney B. Bervar, Esquire (bbb@bervar-jones.com)
Randall K. Hironaka, Esquire (randy@808-law.com)
[*via* email]