IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KATHERINE P. KEALOHA, et al.,<br><br>Defendants. | CRIM. NO. 18-00068 JMS-WRP<br>CRIM. NO. 17-00582 JMS-WRP<br><br>ORDER GRANTING MOTION TO CHANGE RESTITUTION VICTIM |

**ORDER GRANTING MOTION TO CHANGE RESTITUTION VICTIM**

On May 25, 2021, Ricky L. Hartsell, as Trustee of the Florence M. Puana Trust, filed a Motion to Change Restitution Victim ("Motion"). ECF No. 283 at PageID ## 2770-71.[1] The Motion requests that the victim currently listed in court records as "Estate of Florence Puana" be changed to "Florence M. Puana Trust." *Id*. at PageID # 2770.

The court, having reviewed the Motion and the declaration of Mr. Hartsell attached thereto, as well as the Florence M. Puana Trust and related records and files in the case GRANTS the Motion. Accordingly, the name of the

---

[1] The Motion was originally filed in the docket of *United States v. Katherine P. Kealoha, et al.*, Crim. No. 18-00068 JMS-WRP, but also applies to *United States v. Katherine P. Kealoha, et al.*, Crim. No. 17-00582 JMS-WRP. *See* ECF Nos. 280, 274. All references to filings in this order are to the docket in Crim. No. 18-00068 JMS-WRP.

restitution victim currently identified as the "Estate of Florence Puana" shall be changed to the "Florence M. Puana Trust."

    IT IS SO ORDERED.

    DATED:    Honolulu, Hawaii, August 3, 2021.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

*United States of America v. Katherine P. Kealoha, et al.*,
Crim. No. 18-00068 JMS-WRP, Crim. No. 17-00582 JMS-WRP
ORDER GRANTING MOTION TO CHANGE RESTITUTION VICTIM